UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 24593
    MICHAEL T WALKER
    JANET S WALKER                              CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-3659     SSN XXX-XX-3436

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 12/31/2007 and was not confirmed.

    The case was dismissed without confirmation 11/17/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| IL DEPT OF EMPLOYMENT SE | UNSECURED | 6491.75 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 159.41 | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 16151.74 | .00 | .00 |
| BARRINGTON SQUARE V COND | CURRENT MORTG | 1271.28 | .00 | 1271.28 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4845.95 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 91682.26 | .00 | .00 |
| SHORT TERM LOANS | UNSECURED | 643.52 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 10010.43 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 477.15 | .00 | .00 |
| T MOBILE | UNSECURED | 1267.26 | .00 | .00 |
| ALEXIAN BROS BEHAVIORAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS BANK | UNSECURED | 1971.77 | .00 | .00 |
| JP MORGAN CHASE BANK NA | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF M | UNSECURED | NOT FILED | .00 | .00 |
| GROOT INDUSTRIES | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | UNSECURED | NOT FILED | .00 | .00 |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 1353.95 | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| IRS INSOLVENCY UNIT | NOTICE ONLY | NOT FILED | .00 | .00 |
| BARRINGTON SQUARE V COND | MORTGAGE ARRE | 10000.00 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | SECURED NOT I | 94959.84 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 2630.04 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | SECURED NOT I | 313.29 | .00 | .00 |
| PAUL M BACH | REIMBURSEMENT | 164.54 | .00 | 164.54 |
| PAUL M BACH | DEBTOR ATTY | 3,500.00 | | 1,338.29 |
| TOM VAUGHN | TRUSTEE | | | 225.89 |
| DEBTOR REFUND | REFUND | | | .00 |

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 24593 MICHAEL T WALKER & JANET S WALKER

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     3,000.00

PRIORITY                                               164.54
SECURED                                              1,271.28
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,338.29
TRUSTEE COMPENSATION                                   225.89
DEBTOR REFUND                                            .00
                          ---------------        ---------------
TOTALS                      3,000.00                 3,000.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 02/24/09              /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE